UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOUIS DREYFUS COMPANY SUISSE S.A.,   :

        *Plaintiff*,   :   Civil Action No.: 1:24-cv-6850

 – against –   :

JOHN DOE,   :
        *Defendant*.
------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF PLAINTIFF LOUIS DREYFUS COMPANY SUISSE S.A.

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Louis Dreyfus Company Suisse, S.A., by and through the undersigned counsel, certifies:

Louis Dreyfus Company Suisse S.A. identifies Louis Dreyfus Company B.V. as its parent corporation. Neither Louis Dreyfus Company Suisse S.A. nor Louis Dreyfus Company B.V. is a publicly held corporation or subsidiary or affiliate of a publicly held corporation. No publicly held corporation owns 10 percent or more of the stock of Louis Dreyfus Company Suisse S.A. or Louis Dreyfus Company B.V.

Dated:  New York, New York
        September 11, 2024

                HILL, BETTS & NASH LLP

                By:   */s/ James D. Kleiner*
                         James D. Kleiner
                         *Counsel for Plaintiff Louis Dreyfus Company*
                         14 Wall Street, Suite 5H
                         New York, NY 10005
                         Tel. (212) 589-7517
                         Fax: (212) 466-0514

{NY262869.1 }